**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1245**

KAYI GOUDEAGBE,

Petitioner,

v.

JEFFERSON B. SESSIONS III, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  October 19, 2017                    Decided:  November 7, 2017

Before GREGORY, Chief Judge, and TRAXLER and KING, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Jay S. Marks, LAW OFFICES OF JAY S. MARKS, LLC, Silver Spring, Maryland, for Petitioner.  Chad A. Readler, Acting Assistant Attorney General, Greg D. Mack, Senior Litigation Counsel, Leslie McKay, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kayi Goudeagbe, a native and citizen of Togo, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion to reopen. Goudeagbe's motion was untimely filed, and the Board declined to exercise its sua sponte authority to reopen her proceedings.

We lack jurisdiction to review how the Board exercises its sua sponte discretion. *See Lawrence v. Lynch,* 826 F.3d 198, 206-07 (4th Cir. 2016); *Mosere v. Mukasey,* 552 F.3d 397, 400-01 (4th Cir. 2009). We therefore dismiss the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*